IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIFTON ROBINSON, JR,

    Petitioner,

v.                                              CASE NO. 5:10-cv-00193-RS -GRJ

WALTER A MCNEIL,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 11, Respondent's motion for an extension of time until January 6, 2011, to respond to the Petition due to exigent circumstances. Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 11, is **GRANTED.** Respondent shall respond to the Petition **on or before January 6, 2011.**

2. Petitioner shall have until **February 7, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 22nd day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge