IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIFTON ROBINSON, JR,

      Petitioner,

v.                               CASE NO. 5:10-cv-00193-RS -GRJ

WALTER A MCNEIL,

      Respondent.

_____/

## O R D E R

    This matter is before the Court on Doc. 15, Respondent's fourth motion for an extension of time to respond to the Petition.  Respondent states that counsel for Petitioner does not oppose the motion.  Upon due consideration, it is **ORDERED:**

    1.  That the motion, Doc. 15, is **GRANTED.**  Respondent shall respond to the Petition **on or before February 28, 2011.**

    2.  Petitioner shall have until **March 30, 2011**, to file a reply, if any.

    **DONE AND ORDERED** this 8th day of February 2011.

*s/ Gary R. Jones*

GARY R. JONES
United States Magistrate Judge