IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LIFTON ROBINSON, JR.,

    Petitioner,

v.                      CASE NO. 5:10-cv-193-RS-GRJ

SECRETARY, DEPT. OF CORRECTIONS,

    Respondent.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 39) and Petitioner's Objections (Doc. 42). I have reviewed the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is **DENIED** because there was no substantial showing of the denial of a constitutional right.

3. The clerk is directed to close the file.

**ORDERED** on September 24, 2013.

                       /S/ Richard Smoak
                       **RICHARD SMOAK**
                       **UNITED STATES DISTRICT JUDGE**